**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **MELINDA SMITH,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | **CIVIL ACTION NO. 4:15-CV-00277** |
| v. | § | |
| | § | |
| **STATE FARM LLOYDS,** | § | |
| | § | |
| Defendant. | § | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Melinda Smith and Defendant State Farm Lloyds hereby stipulate to the voluntary dismissal with prejudice of this matter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Therefore, Plaintiff's claims against Defendant are hereby dismissed with prejudice, with each party to bear its own costs, if any.

SO STIPULATED, this the 26th day of August, 2015.

    Respectfully submitted,

    /s/ Clayton Hardin*
    Bill L. Voss
    State Bar No. 24047043
    Scott G. Hunziker
    State Bar No. 24032446
    Clayton Hardin
    State Bar No. 24090144

    The Voss Law Firm
    26619 Interstate 45 South
    The Woodlands, Texas 77380
    Telephone: (281) 842-8679
    Facsimile: (281) 861-0021
    Email: bill.voss@vosslawfirm.com
    Email: scott@vosslawfirm.com
    Email: clayton@vosslawfirm.com

    **COUNSEL FOR PLAINTIFF**
    *Signed with permission

And

/s/ Rhonda J. Thompson
Rhonda J. Thompson
State Bar No.: 24029862
Scott L. Rogers
State Bar No.: 24064369

THOMPSON, COE, COUSINS & IRONS, L.L.P.
Plaza of the Americas, 700 N. Pearl Street,
Twenty-Fifth Floor
Dallas, Texas 75201-2832
Telephone:  (214) 871-8200
Facsimile:   (214) 871-8209
E-mail:  rthompson@thompsoncoe.com
E-mail:  slrogers@thompsoncoe.com

**COUNSEL FOR DEFENDANT**

**CERTIFICATE OF SERVICE**

This is to certify that on the 26th day of August, 2015, a true and correct copy of the foregoing was delivered to the following counsel of record by electronic service and/or facsimile transmission and/or certified mail, return receipt requested:

Bill L. Voss
Scott G. Hunziker
Clayton Hardin
THE VOSS LAW FIRM, P.C.
26619 Interstate 45 South
The Woodlands, Texas 77380
   *Counsel for Plaintiff*

/s/ Rhonda J. Thompson
Rhonda J. Thompson