**\*\*NOT FOR PRINTED PUBLICATION \*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MELINDA SMITH, | § § § § | |
| *Plaintiff,* | | |
| V. | § § § | CASE NO. 4:15cv277<br>Chief Judge Clark/Judge Craven |
| STATE FARM LLOYDS | § § § | |
| *Defendant.* | § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the court is the parties' Joint Stipulation of Dismissal With Prejudice [Doc. # 8].

It is **ORDERED** that the Joint Stipulation of Dismissal With Prejudice [Doc. # 8] is accepted by the Court. The Court further **ORDERS** that this case is **DISMISSED** with prejudice, with each party to bear their own costs.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

So **ORDERED** and **SIGNED** this **31** day of **August, 2015.**

_____
Ron Clark, United States District Judge